



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ScoTT BERNARD Lux )
)
)
) '08 CV 0504 JAH AJB
) Civil No.
)
) REQUEST FOR APPOINTMENT OF
v. ) COUNSEL UNDER THE CIVIL RIGHTS
) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
) DECLARATION IN SUPPORT OF
) REQUEST
)
SheII GAS CorporAtion )
)

1.      I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter.  In support of this request, I state as follows:

      A.      my claim is meritorious (that is, I have a good case), and

      B.      I have made a reasonably diligent effort to obtain counsel, and

      C.      I am unable to find an attorney willing to represent me on terms that I can afford.

2.      A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.      A.      Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

      _____Yes      \_\_✓\_\_ No

1    IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE

2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B

3  AND C.

4         B.    Do you question the correctness of the Commission's "no reasonable cause"

5  determination?

6         _____ Yes    _✓_ No

7         C.  If you answered "yes" to question 3B, what are your reasons for questioning the

8  Commission's determination?  Be specific and support your objections with fact.  Do not simply

9  repeat the allegations made in your complaint; the court will review your complaint in considering this

10 request for counsel.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  (Attach additional sheets as needed)

4.    Have you talked with any attorney about handling your claim?

_____ Yes    ___/___ No

If "YES," give the following information about <u>each</u> attorney with whom you talked:

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim: _____

_____

_____


Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim:

_____

_____


Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim: _____

_____

_____

_____

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

*CAlled Several Personal inJory ATTys collect no' responce Also several letters with no' responce.*

6. Give any other information which supports your application for the court to appoint an attorney for you: *Currently in county jail, And unemployed i have no source of income what so ever.*

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: *Richard Thomas - Vista Calif Public defender's office S.D. Calif*

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    Employment

    Are you employed now? ____ yes ✓ no ____ am self-employed

    Name and address of employer:

If employed, how much do you earn per month? _____Ø_____

If not employed, give month and year of last employment: __OcT 2007__

How much did you earn per month in your last employment? $ 9.00 00 ___

If married, is your spouse employed? ___ yes __✓__ no

If "YES," how much does your spouse earn per month? ____Ø_____

If you are a minor under age 21, what is your parents' or guardians' approximate monthly

income? ___Ø_____

B.    Assets   Ø

(i)    Other Income   Ø

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? _____ yes __✓__ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
| Ø | |
| | |
| | |
| | |
| | |
| | |
| | |

(Attach additional sheets as necessary)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)

      (ii)    <u>Cash</u>  Ø

Have you any cash on hand or money in savings or checking accounts? ____ yes  ✓ no

      If "YES," state total amount: _____

      (iii)    <u>Property</u>

    Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ____ yes  ✓ no

    If "YES," give value and describe it:

      <u>Value</u>                     <u>Description</u>

_____

_____

_____

_____

_____

_____

    C.    <u>Obligations and Debts</u>  (UNKNOWN) tOtAl ..

      (i)    <u>Dependents</u>  Ø

    Your marital state is: ✓ single ____ married ____ widowed, separated or divorced.

    Your total number of dependents is : ___Ø_____

    List those person you actually support, your relationship to them, and your monthly contribution to their support:

Ø    <u>Name/Relationship</u>          <u>Monthly Support Payment</u>

_____

_____

_____

_____

_____

_____

_____

(ii)    Debts and Monthly Bills

List all creditors, including banks, loan companies and charge accounts, etc.

UNKNOWN Creditor - UNKNOWN - Total Debt UNKNOWN    Monthly Payment

Rent: ___Ø_____

Mortgage Ø

on Home: Ø_____

Others:

9.    Signature    _Scott B Lul_

I declare under penalty of perjury that the above is true and correct.

Dated: __3-7-08__

_Scott B Lul_____

Signature

(Notarization is not required)